# MEMORANDUM DECISIONS

[Civil No. 893.]

## MARTIN BUGGELN, Appellant, v. NILES J. CAMERON et al., Appellees.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Coconino. Richard E. Sloan, Judge.

T. J. Norton, and U. T. Clotfelter, for Appellant.

E. M. Doe, for Appellees.

January 10, 1905. Affirmed on short transcript.

---

[Civil No. 891.]

## B. J. O'REILLY et al., Appellants, v. THE CONSOLIDATED PRINTING AND PUBLISHING COMPANY, a Corporation, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. Fletcher M. Doan, Judge.

No appearance for Appellant.

John McGowan, for Appellee.

January 10, 1905. Affirmed on short transcript.